

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00718-CV

**IN THE INTEREST OF J.B.S.**, et al., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02879
Honorable Richard Garcia, Judge Presiding

Opinion by:     Rebeca C. Martinez, Justice

Sitting:     Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Delivered and Filed: March 27, 2019

AFFIRMED

This is an appeal from the trial court's Order of Termination in which the trial court terminated Appellant's parental rights. Appellant's court-appointed counsel filed a brief and motion to withdraw, concluding the appeal is without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (mem. op.) (applying *Anders* procedure in appeal from termination of parental rights). Counsel provided Appellant with a copy of the brief. Appellant was informed of her right to review the record and advised of her right to file a pro se brief. The State waived its right to file an appellee's brief unless Appellant filed a pro se brief. Appellant has not requested the record or filed a brief.

After reviewing the record and counsel's brief, we agree the appeal is frivolous and without merit. *See Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no writ). The judgment of the trial court is affirmed. We deny counsel's motion to withdraw because counsel does not assert any ground for withdrawal other than her conclusion that the appeal is frivolous. *See In the Interest of P.M.*, 520 S.W.3d 24, 27 (Tex. 2016).

Rebeca C. Martinez, Justice